**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:19-cv-24953-KMM**

**SIMMONE DARGOLTZ**,
individually and on behalf of all
others similarly situated,                                              **CLASS ACTION**

    Plaintiff,                                              **JURY TRIAL DEMANDED**

v.

**SHEIN FASHION GROUP, INC.**,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff Simmone Dargoltz, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Simmone Dargoltz, individually, are hereby dismissed <u>without</u> prejudice.

Date: January 28, 2020

    Respectfully submitted,

    **HIRALDO P.A.**
    401 E. Las Olas Boulevard, Suite 1400
    Ft. Lauderdale, Florida 33301

    */s/ Manuel S. Hiraldo*
    Manuel S. Hiraldo
    Florida Bar No. 030380
    Email: mhiraldo@hiraldolaw.com
    Telephone: 954.400.4713
    *Counsel for Plaintiff*